YAAKOV M. ROTH
Acting Assistant Attorney General

JAMIE ANN YAVELBERG
COLIN M. HUNTLEY
CHRISTOPHER D. BELEN
Attorneys, Civil Division
U.S. Department of Justice
    P.O. Box 261
    Washington, DC 20044
    Tel.: (202) 353-1244   Fax: (202) 616-3085
    E-mail: Christopher.D.Belen@usdoj.gov

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS, Assistant United States Attorney
Chief, Civil Division
JACK D. ROSS, Assistant United States Attorney
Chief, Civil Fraud Section
HUNTER B. THOMPSON
Deputy Chief, Civil Fraud Section
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-7395   Fax: (213) 894-7819
    Email: Jack.Ross@usdoj.gov

Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT
5/9/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ____NP____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. **[UNDER SEAL]**,<br><br>Plaintiffs,<br><br>v.<br><br>**[UNDER SEAL]**,<br><br>Defendants. | No. LACV 22-2798 KK (JCx)<br><br>UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART FOR PURPOSES OF SETTLEMENT AND TO DECLINE TO INTERVENE IN PART AND REQUEST TO UNSEAL<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED/LODGED CONCURRENTLY UNDER SEAL: (1) [PROPOSED] ORDER GRANTING THE UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART FOR PURPOSES OF SETTLEMENT AND TO DECLINE TO INTERVENE IN PART AND REQUEST TO UNSEAL] |

YAAKOV M. ROTH
Acting Assistant Attorney General

JAMIE ANN YAVELBERG
COLIN M. HUNTLEY
CHRISTOPHER D. BELEN
Attorneys, Civil Division
U.S. Department of Justice
    P.O. Box 261
    Washington, DC 20044
    Tel.: (202) 353-1244    Fax: (202) 616-3085
    E-mail: Christopher.D.Belen@usdoj.gov

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS, Assistant United States Attorney
Chief, Civil Division
JACK D. ROSS, Assistant United States Attorney
Chief, Civil Fraud Section
HUNTER B. THOMPSON
Deputy Chief, Civil Fraud Section
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-7395    Fax: (213) 894-7819
    Email: Jack.Ross@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ASHWANI CHAWLA,<br><br>Plaintiffs,<br><br>v.<br><br>AGATHOS SUPPORT SERVICE, INC. *et al.*,<br><br>Defendants. | No. LACV 22-2798 KK (JCx)<br><br>UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART FOR PURPOSES OF SETTLEMENT AND TO DECLINE TO INTERVENE IN PART AND REQUEST TO UNSEAL<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED/LODGED CONCURRENTLY UNDER SEAL: (1) [PROPOSED] ORDER GRANTING THE UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART FOR PURPOSES OF SETTLEMENT AND TO DECLINE TO INTERVENE IN PART AND REQUEST TO UNSEAL] |

1    Pursuant to the False Claims Act ("FCA"), 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its decision to intervene in part of this action and to decline to intervene in part of this action. The United States, Relator, and Defendants have reached an agreement ("Settlement Agreement") to resolve allegations that Defendants violated the False Claims Act, 31 U.S.C. § 3729 *et seq*. Counsel for the parties are obtaining and affixing the necessary signatures, which should be completed soon. In light of this agreement, and for the purpose of effectuating and formalizing that resolution, the United States respectfully advises the Court of its decision to partially intervene for the purposes of settlement as to certain civil claims for violations of the False Claims Act, as defined by the Covered Conduct described in Recital Paragraph E in the Settlement Agreement.

The United States declines to intervene in this action as to all other claims and defendants.

The United States requests that the Relator's Complaint, this Notice, and the concurrently filed proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

//

//

//

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: May 9, 2025 | YAAKOV M. ROTH<br>Acting Assistant Attorney General |
| | JAMIE ANN YAVELBERG<br>COLIN M. HUNTLEY |
| | */s/ Christopher D. Belen* |
| | CHRISTOPHER D. BELEN<br>Attorneys, Civil Division<br>United States Department of Justice |
| | BILAL A. ESSAYLI<br>United States Attorney<br>DAVID M. HARRIS, Assistant United States Attorney<br>Chief, Civil Division<br>JACK D. ROSS, Assistant United States Attorney<br>Chief, Civil Fraud Section<br>HUNTER B. THOMPSON<br>Deputy Chief, Civil Fraud Section |
| | Attorneys for the United States of America |

DECLARATION RE LACK OF NECESSITY FOR PROOF OF SERVICE

I, CHRISTOPHER D. BELEN, declare:

1. I am the Trial Attorney with the U.S. Department of Justice's Civil Division who has been assigned responsibility for handling the above-captioned action. I have entered an appearance in the above-captioned action, and I previously have registered and received permission to practice in this Court pursuant to Local Rule 83-2.1.4.1. The following is based on my personal knowledge.

2. I have examined Federal Rule of Civil Procedure ("Rule") 5(a), which provides as follows:

 (a) Service: When Required.

 (1) In General. Unless these rules provide otherwise, each of the following papers must be served on every party:

 (A) an order stating that service is required;

 (B) a pleading filed after the original complaint, unless the court orders otherwise under Rule 5(c) because there are numerous defendants;

 (C) a discovery paper required to be served on a party, unless the court orders otherwise;

 (D) a written motion, except one that may be heard ex parte; and

 (E) a written notice, appearance, demand, or offer of judgment, or any similar paper.

 (2) If a Party Fails to Appear. No service is required on a party who is in default for failing to appear. But a pleading that asserts a new claim for relief against such a party must be served on that party under Rule 4.

 (3) Seizing Property. If an action is begun by seizing property and no person is or need be named as a defendant, any service required before the filing of an appearance, answer, or claim must be made on the person who had custody or possession of the property when it was seized.

3. The list of documents set forth in Rule 5(a)(1) does not include the documents filed under seal to which this declaration is attached. The said documents also are not a pleading that asserts "a new claim for relief" against any "party who is in default for failing to appear." (Rule 5(a)(2).) Nor was the above-captioned action "begun by seizing property." (Rule 5(a)(3).) Therefore, I believe that Rule 5(a) does not require the documents to which this declaration is attached to be served upon any party that has appeared in the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 9, 2025, in Washington, DC.

_____
CHRISTOPHER D. BELEN