YAAKOV M. ROTH
Acting Assistant Attorney General

JAMIE ANN YAVELBERG
COLIN M. HUNTLEY
CHRISTOPHER D. BELEN
Attorneys, Civil Division
U.S. Department of Justice
  P.O. Box 261
  Washington, DC 20044
  Tel.: (202) 353-1244  Fax: (202) 616-3085
  E-mail: Christopher.D.Belen@usdoj.gov

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS, Assistant United States Attorney
Chief, Civil Division
JACK D. ROSS, Assistant United States Attorney
Chief, Civil Fraud Section
HUNTER B. THOMPSON
Deputy Chief, Civil Fraud Section
  Room 7516, Federal Building
  300 N. Los Angeles Street
  Los Angeles, California 90012
  Tel: (213) 894-7395  Fax: (213) 894-7819
  Email: Jack.Ross@usdoj.gov

Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT
5/9/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: NP DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,<br><br>   Plaintiffs,<br><br>   v.<br><br>**[UNDER SEAL]**,<br><br>   Defendants. | No. LACV 22-2798 KK (JCx)<br><br>ORDER GRANTING THE UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART FOR PURPOSES OF SETTLEMENT AND TO DECLINE TO INTERVENE IN PART AND REQUEST TO UNSEAL<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED/LODGED CONCURRENTLY UNDER SEAL: (1) UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART FOR PURPOSES OF SETTLEMENT AND TO DECLINE TO INTERVENE IN PART AND REQUEST TO UNSEAL] |

|   |   |
|---|---|
| 1 | YAAKOV M. ROTH |
|   | Acting Assistant Attorney General |
| 2 |   |
|   | JAMIE ANN YAVELBERG |
| 3 | COLIN M. HUNTLEY |
|   | CHRISTOPHER D. BELEN |
| 4 | Attorneys, Civil Division |
|   | U.S. Department of Justice |
| 5 |    P.O. Box 261 |

YAAKOV M. ROTH
Acting Assistant Attorney General

JAMIE ANN YAVELBERG
COLIN M. HUNTLEY
CHRISTOPHER D. BELEN
Attorneys, Civil Division
U.S. Department of Justice
   P.O. Box 261
   Washington, DC 20044
   Tel.: (202) 353-1244   Fax: (202) 616-3085
   E-mail: Christopher.D.Belen@usdoj.gov

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS, Assistant United States Attorney
Chief, Civil Division
JACK D. ROSS, Assistant United States Attorney
Chief, Civil Fraud Section
HUNTER B. THOMPSON
Deputy Chief, Civil Fraud Section
   Room 7516, Federal Building
   300 N. Los Angeles Street
   Los Angeles, California 90012
   Tel: (213) 894-7395   Fax: (213) 894-7819
   Email: Jack.Ross@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ASHWANI CHAWLA,<br><br>Plaintiffs,<br><br>v.<br><br>AGATHOS SUPPORT SERVICE, INC. *et al.*,<br><br>Defendants. | No. LACV 22-2798 KK (JCx)<br><br>ORDER GRANTING THE UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART FOR PURPOSES OF SETTLEMENT AND TO DECLINE TO INTERVENE IN PART AND REQUEST TO UNSEAL<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED/LODGED CONCURRENTLY UNDER SEAL: (1) UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART FOR PURPOSES OF SETTLEMENT AND TO DECLINE TO INTERVENE IN PART AND REQUEST TO UNSEAL] |

The United States, pursuant to the False Claims Act ("FCA"), 31 U.S.C. § 3730(b)(2) and (4), having intervened in part in this action for purposes of settlement as to Covered Conduct defined in the parties' Settlement Agreement (Recital Paragraph E) and having declined to intervene in part, and

GOOD CAUSE APPEARING, IT IS ORDERED THAT:

1. the relator's Complaint (Dkt. 1), the United States' Notice of Election to Intervene in Part for Purposes of Settlement and to Decline to Intervene in Part and Request to Unseal, and this Order be unsealed;

2. all other papers and Orders filed or lodged in this action as of the date of this Order shall remain under seal, except as otherwise provided in Orders of this Court;

3. the seal is lifted on all filings and matters occurring in this action after the date of this Order, unless a party meets the Court's applicable requirements for filing a particular document under seal; and

4. this and all future Orders of this Court in this matter shall be sent to counsel for the United States.

IT IS SO ORDERED.

Dated: May 9, 2025

_____
KENLY KIYA KATO
United States District Judge

<u>DECLARATION RE LACK OF NECESSITY FOR PROOF OF SERVICE</u>

I, CHRISTOPHER D. BELEN, declare:

1. I am the Trial Attorney with the U.S. Department of Justice's Civil Division who has been assigned responsibility for handling the above-captioned action. I have entered an appearance in the above-captioned action, and I previously have registered and received permission to practice in this Court pursuant to Local Rule 83-2.1.4.1. The following is based on my personal knowledge.

2. I have examined Federal Rule of Civil Procedure ("Rule") 5(a), which provides as follows:

(a) Service: When Required.

(1) In General. Unless these rules provide otherwise, each of the following papers must be served on every party:

(A) an order stating that service is required;

(B) a pleading filed after the original complaint, unless the court orders otherwise under Rule 5(c) because there are numerous defendants;

(C) a discovery paper required to be served on a party, unless the court orders otherwise;

(D) a written motion, except one that may be heard ex parte; and

(E) a written notice, appearance, demand, or offer of judgment, or any similar paper.

(2) If a Party Fails to Appear. No service is required on a party who is in default for failing to appear. But a pleading that asserts a new claim for relief against such a party must be served on that party under Rule 4.

(3) Seizing Property. If an action is begun by seizing property and no person is or need be named as a defendant, any service required before the filing of an appearance, answer, or claim must be made on the person who had custody or possession of the property when it was seized.

3. The list of documents set forth in Rule 5(a)(1) does not include the documents filed under seal to which this declaration is attached. The said documents also are not a pleading that asserts "a new claim for relief" against any "party who is in default for failing to appear." (Rule 5(a)(2).) Nor was the above-captioned action "begun by seizing property." (Rule 5(a)(3).) Therefore, I believe that Rule 5(a) does not require the documents to which this declaration is attached to be served upon any party that has appeared in the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 9, 2025, in Washington, DC.

_____
CHRISTOPHER D. BELEN