YAAKOV M. ROTH
Acting Assistant Attorney General

JAMIE ANN YAVELBERG
COLIN M. HUNTLEY
CHRISTOPHER D. BELEN
Attorneys, Civil Division
U.S. Department of Justice
    P.O. Box 261
    Washington, DC 20044
    Tel.: (202) 353-1244   Fax: (202) 616-3085
    E-mail: Christopher.D.Belen@usdoj.gov

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS, Assistant United States Attorney
Chief, Civil Division
JACK D. ROSS, Assistant United States Attorney
Chief, Civil Fraud Section
HUNTER B. THOMPSON
Deputy Chief, Civil Fraud Section
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-7395   Fax: (213) 894-7819
    Email: Jack.Ross@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ASHWANI CHAWLA,<br><br>    Plaintiffs,<br><br>v.<br><br>AGATHOS SUPPORT SERVICE, INC. *et al.*,<br><br>    Defendants. | No. LACV 22-2798 KK (JCx)<br><br>JOINT STIPULATION OF DISMISSAL BY THE UNITED STATES AND RELATOR<br><br>[FILED CONCURRENTLY: [PROPOSED] ORDER OF VOLUNTARY DISMISSAL] |

IT IS HEREBY STIPULATED AND AGREED by and between *qui tam* plaintiff Ashwani Chawla ("Relator") and plaintiff the United States of America ("United States"), through their respective attorneys of record and subject to the approval of the Court, that:

(1) Pursuant to Federal Rule of Civil Procedure 41(a), the Relator and the United States submit that this action should be dismissed pursuant and subject to the terms of the settlement agreement ("Settlement Agreement") between Relator, the United States, Defendant William Nelson, Defendant Vicki Rollins, and other parties, which has an effective date of May 12, 2025;

(2) According to the Relator and the United States, the Court should enter the attached proposed Order dismissing the False Claims Act claims asserted in this action on behalf of the United States as follows: the dismissal shall be with prejudice as to the Relator; the claims against Defendants Nelson and Rollins shall be dismissed with prejudice as to the United States with respect to the Covered Conduct as defined in Recital Paragraph E of the Settlement Agreement; and without prejudice as to the United States with respect to all other claims and allegations;

(3) Except as specifically provided in the Settlement Agreement, each party shall bear its own fees and costs; and

(4) The Attorney General consents to the dismissal as set forth herein in the interests of justice and pursuant to 31 U.S.C. § 3730(b)(1).

A proposed Order accompanies this Stipulation.

//

//

| | |
|---|---|
| | Respectfully submitted, |
| Dated: May 15, 2025 | YAAKOV M. ROTH<br>Acting Assistant Attorney General |
| | JAMIE ANN YAVELBERG<br>COLIN M. HUNTLEY |
| |  */s/ Christopher D. Belen*<br>CHRISTOPHER D. BELEN<br>Attorneys, Civil Division<br>United States Department of Justice |
| | BILAL A. ESSAYLI<br>United States Attorney<br>DAVID M. HARRIS, Assistant United States Attorney<br>Chief, Civil Division<br>JACK D. ROSS, Assistant United States Attorney<br>Chief, Civil Fraud Section<br>HUNTER B. THOMPSON<br>Deputy Chief, Civil Fraud Section |
| | Attorneys for the United States of America |
| Dated: May 15, 2025 | COTCHETT, PITRE & McCARTHY, LLP |
| |  */s/ Theresa Vitale*<br>THERESA VITALE |
| | Attorneys for Relator |

2

Attestation

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 15, 2025.

                                            */s/ Christopher D. Belen*
                                            CHRISTOPHER D. BELEN
                                            Trial Attorney, U.S. Department of Justice
                                            Attorney for the United States of America

DECLARATION RE LACK OF NECESSITY FOR PROOF OF SERVICE

I, CHRISTOPHER D. BELEN, declare:

1. I am the Trial Attorney with the U.S. Department of Justice's Civil Division who has been assigned responsibility for handling the above-captioned action. I have entered an appearance in the above-captioned action, and I previously have registered and received permission to practice in this Court pursuant to Local Rule 83-2.1.4.1. The following is based on my personal knowledge.

2. I have examined Federal Rule of Civil Procedure ("Rule") 5(a), which provides as follows:

(a) Service: When Required.

    (1) In General. Unless these rules provide otherwise, each of the following papers must be served on every party:

        (A) an order stating that service is required;

        (B) a pleading filed after the original complaint, unless the court orders otherwise under Rule 5(c) because there are numerous defendants;

        (C) a discovery paper required to be served on a party, unless the court orders otherwise;

        (D) a written motion, except one that may be heard ex parte; and

        (E) a written notice, appearance, demand, or offer of judgment, or any similar paper.

    (2) If a Party Fails to Appear. No service is required on a party who is in default for failing to appear. But a pleading that asserts a new claim for relief against such a party must be served on that party under Rule 4.

    (3) Seizing Property. If an action is begun by seizing property and no person is or need be named as a defendant, any service required before the filing of an appearance, answer, or claim must be made on the person who had custody or possession of the property when it was seized.

3. The list of documents set forth in Rule 5(a)(1) does not include the documents filed under seal to which this declaration is attached. The said documents also are not a pleading that asserts "a new claim for relief" against any "party who is in default for failing to appear." (Rule 5(a)(2).) Nor was the above-captioned action "begun by seizing property." (Rule 5(a)(3).) Therefore, I believe that Rule 5(a) does not require the documents to which this declaration is attached to be served upon any party that has appeared in the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 15, 2025, in Washington, DC.

*/s/ Christopher D. Belen*
CHRISTOPHER D. BELEN