YAAKOV M. ROTH  (JS-6)
Acting Assistant Attorney General

JAMIE ANN YAVELBERG
COLIN M. HUNTLEY
CHRISTOPHER D. BELEN
Attorneys, Civil Division
U.S. Department of Justice
    P.O. Box 261
    Washington, DC 20044
    Tel.: (202) 353-1244    Fax: (202) 616-3085
    E-mail: Christopher.D.Belen@usdoj.gov

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS, Assistant United States Attorney
Chief, Civil Division
JACK D. ROSS, Assistant United States Attorney
Chief, Civil Fraud Section
HUNTER B. THOMPSON
Deputy Chief, Civil Fraud Section
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-7395    Fax: (213) 894-7819
    Email: Jack.Ross@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ASHWANI CHAWLA,<br><br>    Plaintiffs,<br><br>    v.<br><br>AGATHOS SUPPORT SERVICE, INC. *et al.*,<br><br>    Defendants. | No. LACV 22-2798 KK (JCx)<br><br>ORDER OF VOLUNTARY DISMISSAL<br><br>[FILED CONCURRENTLY: JOINT STIPULATION OF DISMISSAL BY THE UNITED STATES AND RELATOR] |

WHEREAS the United States of America ("United States") and Relator have submitted a Joint Stipulation of Dismissal of claims and defendants pursuant to Federal Rule of Civil Procedure 41(a)(1) and 31 U.S.C. § 3730(b)(1), and in accordance with and subject to the Settlement Agreement between the United States, Relator, and certain defendants and other parties, effective on May 12, 2025 ("Settlement Agreement"), and with the consent of the United States.

GOOD CAUSE APPEARING, IT IS ORDERED THAT:

1. As to Relator Ashwani Chawla, the action is dismissed with prejudice;
2. As to the United States, the action is dismissed with prejudice only as to the Covered Conduct as defined in Recital Paragraph E of the Settlement Agreement, and the action is otherwise dismissed without prejudice as to the United States; and
3. Except as specifically provided in the Settlement Agreement, each party shall bear its own fees and costs.

IT IS SO ORDERED.

Dated: May 15, 2025

_____
KENLY KIYA KATO
United States District Judge